IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DOUGLAS MARSHALL JACKSON,

    *Plaintiff*,

v.                                    Case No.: 3:25cv2549-MW/HTC

WALTON CORRECTIONAL INSTITUTION,

    *Defendants*.

_____/

### ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 3, and has also reviewed *de novo* Plaintiff's objections, ECF No. 6. Plaintiff's objections are largely nonsensical and do not persuade this Court that the Magistrate Judge's recommendation for dismissal is incorrect.

Accordingly,

**IT IS ORDERED**:

The report and recommendation, ECF No. 3, is **accepted and adopted**, over the Plaintiff's objections, as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED without prejudice** because Plaintiff is a three-striker under 28 U.S.C. § 1915(g) who failed to pay the filing fee at the time of suit."

Plaintiff's "motion for order," ECF No. 5, is **DENIED as moot**. The Clerk shall close the file.

**SO ORDERED on January 5, 2026.**

<u>s/Mark E. Walker</u>
**United States District Judge**
